AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kayatta, William J. | First Circuit | 05/13/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. Courthouse
156 Federal Street
Portland, ME 04101

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #2 |
| 2. | Member | University of Maine School of Law Board of Visitors |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2012 | Withdrawal Agreement with Pierce Atwood LLP |
| 2. | 2010 | Pierce Atwood LLP Pension Plan (former employer's plan; no control) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kayatta, William J. | 05/13/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Pierce Atwood LLP buyout payments under Withdrawal Agreement | $87,633.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Boston College Law School | 04/22/15 | Newton, Ma | Moot Court for Students | Transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kayatta, William J.** | 05/13/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kayatta, William J. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 (H) | | | | | | | | | |
| 2. -iShares Russell 1000 Gr. Index (IWF) | A | Dividend | K | T | | | | | |
| 3. -iShares Russell 1000 Value Index (IWD) | B | Dividend | L | T | | | | | |
| 4. -iShares Russell 2000 Gr. Index (IWO) | A | Dividend | K | T | | | | | |
| 5. -ALPS Alerian MLP ETF (AMLP) | C | Dividend | L | T | | | | | |
| 6. -iShares Russell 2000 Index (IWM) | A | Dividend | K | T | | | | | |
| 7. -Vanguard Energy ETF (VDE) | A | Dividend | J | T | | | | | |
| 8. -Vanguard Inform. Tech. ETF (VGT) | A | Dividend | K | T | | | | | |
| 9. -iShares NASDAQ Biotech. Index (IBB) | A | Dividend | K | T | | | | | |
| 10. -Consumer Discretionary SPDR (XLY) | A | Dividend | J | T | | | | | |
| 11. -Fidelity Advisors New Insights Fund (FNICX) | E | Dividend | M | T | Donated (part) | | | | |
| 12. -Health CARe Select SPDR (XLV) | A | Dividend | K | T | | | | | |
| 13. -Oppenheimer Intern. Bond Fund (OIBCX) | B | Dividend | L | T | | | | | |
| 14. -Ivy Asset Strategy Fund (WASCX) | A | Dividend | K | T | | | | | |
| 15. -iShares Barclays MBS Bon Fund (MBB) | A | Dividend | K | T | | | | | |
| 16. -iShares IBOXX $ Invt Gr. Corp. Bd. Fund (LQD) | A | Dividend | J | T | | | | | |
| 17. -iShares MSCI EAFE Index Fund (EFA) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kayatta, William J. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Materials Select Sector SPDR Fund (XLB) | A | Dividend | J | T | | | | | |
| 19. -Sector SPDR Consumers STPL (XLP) | A | Dividend | K | T | | | | | |
| 20. -Sector SPDR Energy (XLE) | A | Dividend | J | T | | | | | |
| 21. -Sector SPDR Industrial (XLI) | A | Dividend | K | T | | | | | |
| 22. -Sector SPDR Utilities ((XLU) | A | Dividend | J | T | | | | | |
| 23. -SPDR Barclays High Yield Bond ETF (JNK) | C | Dividend | L | T | | | | | |
| 24. -Vanguard Financial ETF (VFH) | A | Dividend | K | T | | | | | |
| 25. -Vanguard Intermediate Term Bond ETF (BIV) | A | Dividend | J | T | | | | | |
| 26. -Vanguard MSCI Emerging Mrkts ETF (VWO) | A | Dividend | J | T | | | | | |
| 27. -Vanguard Short Term Bond (BSV) | A | Dividend | J | T | | | | | |
| 28. -Vanguard Telecommunications SRVCS ETF (VOX) | A | Dividend | J | T | | | | | |
| 29. -Elements-Rogers Tr | A | Interest | K | T | | | | | |
| 30. -Merrill Lynch Bank Deposit Program | A | Interest | N | T | | | | | |
| 31. -BIF Money Fund | A | Interest | K | T | | | | | |
| 32. -Blackrock Energy & Resources (BGR) | D | Dividend | K | T | Sold (part) | 04/28/15 | L | A | |
| 33. -Henderson Global Equity (HFQAX) | A | Dividend | K | T | | | | | |
| 34. -SPDR S&P 500 ETF (SPY) | B | Dividend | M | T | Buy (add'l) | 08/24/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kayatta, William J. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 08/25/15 | K | | |
| 36. -Eaton Vance Tax Managed ETF | A | Dividend | K | T | | | | | |
| 37. -Blackstone GSO Strategic (BGB) | C | Dividend | K | T | Buy | 04/28/15 | L | | |
| 38. 401(k) Account #1(H) | | | | | | | | | |
| 39. -Blackrock Ener.& Res Tr (BGR) | B | Dividend | K | T | | | | | |
| 40. -Vanguard Bond Index Fund (BND) | C | Dividend | M | T | | | | | |
| 41. -SPDR BarCap Short-term Corp. Bond (SCPB) | B | Dividend | L | T | | | | | |
| 42. -iShares Barclays 7-10 Treasury Bond Fund (IEF) | A | Dividend | L | T | | | | | |
| 43. -iShares Aaa-A Rated Corp. Bond (QLTA) | A | Dividend | K | T | | | | | |
| 44. -Vanguard Total Stock Market Index (VTI) | B | Dividend | L | T | | | | | |
| 45. -Vanguard Dividend Appreciation (VIG) | C | Dividend | M | T | | | | | |
| 46. -Powershares S&P ETF (SPLV) | B | Dividend | L | T | | | | | |
| 47. -Powershares QQQ Trust, Series 1 (QQQ) | B | Dividend | M | T | | | | | |
| 48. -iShares Russell 2000 Index ((IWM) | B | Dividend | M | T | | | | | |
| 49. -EGA: Emerging Markets Consumer ETF (ECON) | A | Dividend | K | T | | | | | |
| 50. -Powershares DB Commodity Index Tracking Fund (DBC) | | None | L | T | | | | | |
| 51. -IShares Gold Trust ETF (IAU) | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kayatta, William J. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Vanguard MSCI EAFE ETF (VEA) | B | Dividend | L | T | | | | | |
| 53. -Vanguard MSCI Emerging Markets Index (VWO) | A | Dividend | K | T | | | | | |
| 54. -iShares MSCI Germany Index (EWG) | D | Dividend | M | T | | | | | |
| 55. -iShares Barclays Tips Bond Fund ((TIP) | A | Dividend | L | T | | | | | |
| 56. -Wisdon Tree Asia Local Debt (ALD) | B | Dividend | K | T | | | | | |
| 57. -Vanguard REIT Index (VNQ) | B | Dividend | K | T | | | | | |
| 58. -Schwab Sweep Account | A | Interest | L | T | | | | | |
| 59. - iShares MSCI United K. (EWU) | B | Dividend | L | T | | | | | |
| 60. -SPDR S&P 500 (SPY) | C | Dividend | M | T | Buy (add'l) | 09/01/15 | K | | |
| 61. -Vanguard Int. Equity ETF (VNQI) | C | Dividend | K | T | | | | | |
| 62. -Wisdom Tree Japan (DXJ) | C | Dividend | M | T | | | | | |
| 63. -Wisdom Tree Trust (BZF) | | None | K | T | | | | | |
| 64. -Pimco ETF (HYS) | C | Dividend | L | T | | | | | |
| 65. -Blackstone?GSO Strategic Credit (BGB) | C | Dividend | L | T | Buy | 04/28/15 | L | | |
| 66. Brokerage Account #2 (H) | | | | | | | | | |
| 67. -Citibank NA Account (X) | A | Interest | | | Closed | 01/05/15 | K | | |
| 68. -Morgan Stanley Bank N.A. | A | Interest | L | T | Open | 01/05/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Global X. Norway ETF (NORW) | A | Dividend | | | Sold | 02/02/15 | K | D | |
| 70. -iShares N. America Tech ETF (IGM) | A | Dividend | L | T | | | | | |
| 71. -iShares NASDAQ Biotech ETF (IBB) | A | Dividend | M | T | Sold (part) | 10/20/15 | J | | |
| 72. -iShares US Consumer Goods ETF (IYK) | A | Dividend | K | T | | | | | |
| 73. -iShares US Energy ETF (IYE) | A | Dividend | L | T | Sold | 02/05/15 | L | A | |
| 74. | | | | | Buy | 04/20/15 | K | | |
| 75. | | | | | Buy (add'l) | 06/25/15 | J | | |
| 76. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 77. -iShares US Pharma ETF (IHE) | B | Dividend | M | T | | | | | |
| 78. -iShares US Tech ETF (IYW) | A | Dividend | L | T | | | | | |
| 79. -iShares US Telecomm ETF (IYZ) | B | Dividend | L | T | | | | | |
| 80. -Powershares Water Res ETF (PHO) | A | Dividend | K | T | Buy (add'l) | 10/15/15 | J | | |
| 81. -Clearbridge Aggressive Growth (SAGYX) | A | Dividend | L | T | | | | | |
| 82. -Ishares US Fin ETF (IYF) | A | Dividend | L | T | | | | | |
| 83. -Ishares US Industrial ETF (IYJ) | A | Dividend | K | T | Buy | 02/02/15 | K | | |
| 84. -Ishares Russell 2000 ETF (IWM) | A | Dividend | K | T | Buy | 02/02/15 | K | | |
| 85. Pierce Atwood Capital Contribution Notes | E | Interest | N | U | Matured (part) | 03/01/15 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kayatta, William J. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Key Bank IRA (CD) | A | Interest | J | T | | | | | |
| 87. Bank of America Deposit Account | A | Interest | J | T | | | | | |
| 88. Trust # 2 (H) | | | | | | | | | |
| 89. -Powershares Water Res (PHO) | A | Dividend | K | T | Buy (add'l) | 02/02/15 | J | | |
| 90. -Maine Hlth & Higher EDL FACS AUTH REV SER-A | A | Interest | | | Redeemed | 07/01/15 | J | A | |
| 91. -Maine EDL LN AUTH STUDENT LN REV | A | Interest | K | T | | | | | |
| 92. -iShares NASDAQ Biotech ETF (IBB) | A | Dividend | M | T | | | | | |
| 93. -iShares US Consumer Goods ETF (IYK) | B | Dividend | L | T | | | | | |
| 94. -iShares US Energy ETF (IYE) | A | Dividend | K | T | Sold | 02/02/15 | L | A | |
| 95. | | | | | Buy | 04/15/15 | K | | |
| 96. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 97. -iShares US Finacials ETF ((IYF) | A | Dividend | K | T | Buy (add'l) | 02/02/15 | J | | |
| 98. -iShares Industrials ETF (IYJ) | A | Dividend | K | T | | | | | |
| 99. -iShares US Medical Devices ETF (IHI) | A | Dividend | K | T | Buy (add'l) | 08/14/15 | J | | |
| 100. -iShares US Pharm (IHE) | A | Dividend | L | T | | | | | |
| 101. -iShares US Tech ETF (IYW) | A | Dividend | K | T | | | | | |
| 102. -iShares US Telecom ETF (IYZ) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kayatta, William J. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Morgan Stanley Liquid Asset Fund | A | Interest | K | T | | | | | |
| 104. -Ishares US Oil & Gas Exp. Prod (IEO) | | None | | | Sold | 02/02/15 | K | C | |
| 105. -Ishares N. Amer. Tech (IGM) | A | Dividend | K | T | | | | | |
| 106. -Ishares S&P US PFD Stk Ind (PFF) | A | Dividend | K | T | Buy | 12/15/15 | K | | |
| 107. -Ishares Russell 2000 ETF (IWM) | A | Dividend | K | T | Buy | 02/02/15 | K | | |
| 108. Estate (H)(X) | | | | | | | | | |
| 109. -Morgan Stanley Bank N.A.(X) | A | Interest | M | T | | | | | |
| 110. -IShares NASDAQ Biotech ETF (IBB)(X) | A | Dividend | L | T | | | | | |
| 111. -IShares US Consumer Goods ETF (IYK) (X) | B | Dividend | L | T | | | | | |
| 112. -IShares US Financials ETF (IYF)(X) | A | Dividend | L | T | | | | | |
| 113. -IShares US Industirals ETF (IYJ)(X) | A | Dividend | L | T | | | | | |
| 114. -IShares US Medical Devices ETF (IHI)(X) | A | Dividend | L | T | | | | | |
| 115. -IShares US Pharmeceutucals ETF (IHE)(X) | A | Dividend | L | T | | | | | |
| 116. -IShares US Technology ETF (IYW)(X) | A | Dividend | L | T | | | | | |
| 117. -IShares US Telecomm ETF (IYZ)(X) | A | Dividend | M | T | | | | | |
| 118. -Powershares Water Res PTF (PHO)(X) | A | Dividend | K | T | | | | | |
| 119. -Somerset County ME Genl Oblig Jail Bond (X) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kayatta, William J. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Miane Health & Higher EDL FACS Auth Re OID Bond (X) | A | Interest | J | T | | | | | |
| 121. -Maine EDL LN Auth Student LN REV Bond (X) | A | Interest | K | T | | | | | |
| 122. -Maine State HSG Auth MTG Purch REV SER-A Bond (X) | A | Interest | K | T | | | | | |
| 123. -Maine HLTH & HGHR EDL FACS REV SER-C Bond (X) | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - 5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kayatta, William J. | 05/13/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The "Estate" accounted for in Part VII is an estate for which my spouse bacame the exectrutix in 2015 and of which she is a 50% beneficiary.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William J. Kayatta**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544